01-11-00820-CR

Mr. Prine                                                                    4-13-15

My name is Gifford Johnson III
I've had two trials. The first ended in a mistrial
in 2010, the second (on the same charge) ended
with my current conviction in 2011. I am in need
of the complete trial transcripts for the second
trial only. I was told by your office that there are
14 volumes, and I need clarification if that number
includes both trials?

In either case, could you please furnish me
with the cost for the transcripts to my second
trial only, Cause # 10CR0548, and information as to
their online availability. If this is not the proper
procedure for acquiring the requested information, could
you please inform me of the correct process. I
thank you for your time and look forward to
your timely response.

Thank You again,

Gifford Johnson III
#1736258



RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
APR 16 2015
CHRISTOPHER A. PRINE
CLERK

Gifford Johnson III
1736258
Darrington unit
59 Darrington Rd.
Rosharon, Tx. 77583

NORTH HOUSTON TX 773

14 APR 2015 PM 5 L

USA
FOREVER

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

APR 16 2015

CHRISTOPHER A. PRINE
CLERK

Court of Appeals, First District
301 Fannin street
Houston, Texas 77002-2066

Legal Mail

7700220 6699